**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel.: 212.521.5400
Fax: 212.521.5450
   Eric A. Schaffer
   Michael J. Venditto
   David M. Schlecker

*Attorneys for BNY Corporate Trustee Services, Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | Adv. Proc. No. 09-01242 (JMP) |
| Plaintiff, | |
| - against - | |
| BNY CORPORATE TRUSTEE SERVICES LIMITED, | |
| Defendant. | |

**MOTION FOR LEAVE TO APPEAL THE AUGUST 12, 2009 ORDER DENYING MOTION FOR DISMISSAL OF BNY CORPORATE TRUSTEE SERVICES LIMITED**

**PLEASE TAKE NOTICE**, that upon a Memorandum of Law in Support and the Declaration of Eric A. Schaffer, together with the exhibits annexed thereto, BNY Corporate Trustee Services Limited ("BNY"), the defendant in this adversary proceeding, by its undersigned counsel, hereby moves for leave to appeal under 28 U.S.C. § 158(a)(3) and Federal Bankruptcy Rule of Procedure 8001(b) the August 12, 2009 Order of the Honorable James M.

Peck, United States Bankruptcy Court for the Southern District of New York, denying BNY's Motion for Dismissal of Complaint.

Dated: August 24, 2009
      New York, New York

                                    **REED SMITH LLP**

                                    /s/ Eric A. Schaffer
                                    Eric A. Schaffer
                                    Michael J. Venditto
                                    David M. Schlecker
                                    599 Lexington Avenue
                                    New York, New York 10022
                                    Tel.: 212.521.5400
                                    Fax: 212.521.5450

                                    *Attorneys for BNY Corporate Trustee Services, Ltd.*