WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Peter Gruenberger

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x

In re:                                          :      Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*          :      Case No. 08-13555 (JMP)

       Debtors.                                 :

―――――――――――――――――――――――――x

LEHMAN BROTHERS SPECIAL FINANCING INC.           :

       Plaintiff,                               :

-against-                                        :      Adversary Proceeding
                                                        No.: 09-1242 (JMP)
BNY CORPORATE TRUSTEE SERVICES LIMITED           :

       Defendant.                               :
                                                 :
―――――――――――――――――――――――――x

### ORDER REGARDING BRIEFING SCHEDULE AND HEARING
### FOR CROSS-MOTION FOR SUMMARY JUDGMENT

       While plaintiff Lehman Brothers Special Financing Inc. ("LBSF") suggested a date of August 21, 2009 to file any motion for summary judgment, defendant BNY Corporate Trustee Services Limited ("BNY") requested additional time. Therefore, the following schedule

shall govern the cross-motions for summary judgment proposed to be filed in the above-captioned action:

a) BNY shall file any motion for summary judgment by September 25, 2009.

b) LBSF and BNY will file any responses to the motions for summary judgment by October 23, 2009.

c) LBSF and BNY will file any replies in support of their motions for summary judgment by November 9, 2009.

d) The Court will conduct a hearing on the motion described above on November 19, 2009 at 10:00 a.m., or any other date which is convenient for the Court, either immediately before, immediately after, or at the same time as the hearing in Case No. 09-1261 (JMP).

**SO ORDERED:**

Dated: New York, New York
August 27, 2009

       *s/ James M .Peck*
Honorable James M. Peck
United States Bankruptcy Judge