

The Rt. Hon. Sir Andrew Morritt
The Chancellor of the High Court
Royal Courts of Justice
Strand
London   WC2A 2LL
Tel. No:   020-7947-7477
Fax: 020-7947-6572
e-mail address:  elaine.harbert@judiciary.gsi.gov.uk

Judge James.M.Peck.
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green
NEW YORK
New York 10004-1408
USA

9th September 2009

Dear Judge,

**Re:  Perpetual Trustee Co. Ltd -v- BNY Corporate Trustee Services Ltd., et al., Nos. HC09C011612 & HC09C01931 (the "High Court Proceedings"); Lehman Brothers Special Financing Inc. et al. -v- BNY Corporate Trustee Services Ltd., Adv. Pro. No. 09-1242 (JMP)**

Thank you for your letter of 20th August 2009. As you will have been told, I gave permission to appeal my judgment to the Court of Appeal in England and required Lehman Brothers Special Financing Inc to apply to the Court of Appeal for an early hearing. I understand that that application has been made but has not yet been determined. With the possible exception of the indemnification issues to which you refer, I doubt if I will be called on to adjudicate on any other issues until the judgment of the Court of Appeal is available. I would not expect that to be before the hearing before you scheduled to take place during the week of November 16th. I will, in any event but subject to any submissions made to me by any of the parties, have regard to your request.

1

I look forward to receiving your rulings in due course and any further requests you decide to make. In that connection I should point out that the judge I have nominated to determine all issues in the insolvency of Lehman Brothers companies in England is the Hon Mr Justice Briggs. At the moment my involvement is limited to the claims instituted by Perpetual Trustee Co. Ltd and Belmont. Depending on their nature, it may be that your requests should be directed to him as well as, or instead of, me. Accordingly I am sending a copy of our correspondence to him for his information.

I look forward to receiving your communications and further co-operating with you in the future. If you find it more convenient to communicate by e-mail this is my secretary's address: elaine.harbert@judiciary.gsi.gov.uk

Cc: The Hon. Mr Justice Briggs
Royal Courts of Justice
Strand
London WC2A 2LL

Hugh Lyons
Lovells LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
**Counsel for BNY Corporate Trustee Services Limited in High Court Proceedings**

Sidley Austin LLP
Woolgate Exchange
25 Basinghall Street
London EC2V 2HA
**Counsel for Perpetual Trustee Company Limited in High Court Proceedings**

2



Matthew Shankland
Weil, Gotshal & Manges LLP
One South Place
London   EC2M 2WG
**Counsel for LBSF in High Court Proceedings**

Jean-Pierre G. Douglas-Henry
Lawrence Graham LLP
4 More London Riverside
London   SE1 2AU
**Counsel for Belmont Park Investments Pty Limited in High Court Proceedings**

Eric A. Schaffer
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Pennsylvania
USA
**Counsel for BNY Corporate Trustee Services Limited**

David S. Cohen
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
USA
**Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al**

Ralph I. Miller
1300 Eye Street, NW
Suite 900
Washington, DC 20005
**Counsel for LBSF**