**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | Adv. Proc. No. 09-01242 (JMP) |
| Plaintiff, | |
| - against - | |
| BNY CORPORATE TRUSTEE SERVICES LIMITED, | |
| Defendant. | |

**SUPPLEMENTAL AFFIRMATION OF MICHAEL J. VENDITTO**
**IN FURTHER SUPPORT OF THE MOTION FOR**
**SUMMARY JUDGMENT OF BNY CORPORATE TRUSTEE SERVICES LIMITED**

Dated: November 9, 2009

**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel.: 212.521.5400
Fax: 212.521.5450
   Eric A. Schaffer
   Michael J. Venditto
   David M. Schlecker

*Attorneys for BNY Corporate Trustee Services Limited*

**MICHAEL J. VENDITTO**, affirms the following to be true and correct under penalty of perjury:

1. I am a member of the Bar of the State of New York and a partner in the firm of Reed Smith, LLP, counsel to BNY Corporate Trustee Services Limited in the above-captioned adversary proceeding. I am fully familiar with the facts of this proceeding and submit this affirmation in further support of the Motion for Summary Judgment of BNY Corporate Trustee Services Limited.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Judgment of the Court of Appeal, dated November 6, 2009, in the action entitled "*Perpetual Trustee Co. Ltd. & Anor v. BNY Corporate Trustee Services Ltd & Anor* (the "*Perpetual* Litigation").

3. Attached hereto as Exhibit "B" is a true and correct copy of the Second Witness Statement of Anna Patricia O'Sullivan, dated June 25, 2009, submitted to the High Court in the *Perpetual* Litigation.

4. Attached hereto as Exhibit "C" is a true and correct copy of the transcript of the August 11, 2009 hearing in this adversary proceeding.

5. Attached hereto as Exhibit "D" is a true and correct copy of the Notice of Appeal, dated August 17, 2009, filed by Lehman Brothers Special Financing Inc. in the *Perpetual* Litigation.

6. Attached hereto as Exhibit "E" is a true and correct copy of the Skeleton Argument, dated September 1, 2009, submitted to the Court of Appeal in the *Perpetual* Litigation on Behalf of the Appellant/Second Defendant Lehman Brothers Special Financing Inc.

7. Attached hereto as Exhibit "F" is a true and correct copy of FitchRatings "Counterparty Criteria for Structured Finance Transactions," dated October 22, 2009.

8. I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed: November 9, 2009
          New York, New York           /s/ Michael J. Venditto
                                               MICHAEL J. VENDITTO