**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>                      Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                      Plaintiff,<br><br>        - against -<br><br>BNY CORPORATE TRUSTEE SERVICES<br>LIMITED,<br><br>                      Defendant. | Adv. Proc. No. 09-01242<br>(JMP) |

## SCHEDULING ORDER

On January 25, 2010, this Court having rendered a Memorandum Decision

Granting Motion For Summary Judgment And Declaring Applicable Payment Priorities

(the "Memorandum Decision"), which included, *inter alia*, (i) a direction that the Debtor

submit an order to implement the Memorandum Decision and (ii) a direction that the

parties appear at a status conference for purposes of exploring means to coordinate with

respect to the decisions of this Court and the English Courts; and, the parties having

advised the Court that they have consulted with each other concerning the provisions to

be included in any further orders to implement the Memorandum Decision, and the

scheduling of the additional proceedings contemplated by the Memorandum Decision; it

is now

ORDERED, that the Court will conduct a status conference to consider what further proceedings are required with respect to this Court's Memorandum Decision and the judgments entered by the English Courts; and, it is further

ORDERED, that the Court will defer consideration of any proposed orders, including any order implementing the Memorandum Decision or otherwise required prior to the entry of a final judgment in this adversary proceeding, until after the conclusion of the status conference provided for herein.


Dated:  February 5, 2010
        New York, New York


                                        __s/ James M. Peck_____
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE