UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                Debtors.

Case No. 08-13555 (JMP)

Chapter 11

---

LEHMAN BROTHERS SPECIAL FINANCING INC.,

                Plaintiff,

v.

BNY CORPORATE TRUSTEE SERVICES LIMITED,

                Defendant.

Adversary Proceeding

No. 09-01242 (JMP)

---

## NOTICE OF APPEAL

BNY Corporate Trustee Services Limited, as Trustee ("BNY"), the defendant, by its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) the Order of the Hon. James M. Peck entered in this adversary proceeding on the 19th day of July 2010 granting the summary judgment motion of Lehman Brothers Special Financing Inc. ("LBSF") and denying the summary judgment motion of BNY.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| <u>Plaintiff</u> | <u>Lehman Brothers Special Financing Inc.</u> |
| Counsel: | Harvey R. Miller, Esq.<br>Ralph I. Miller, Esq.<br>Richard W. Slack, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8888 |
| <u>Defendant</u> | <u>BNY Corporate Trustee Services Limited</u> |
| Counsel: | Randy M. Mastro, Esq.<br>Michael A. Rosenthal, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>Eric A. Schaffer, Esq.<br>Michael J. Venditto, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 205-6081<br>Facsimile: (212) 521-5450 |

| | |
|---|---|
| Intervenor | <u>Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al.</u> |
| Counsel: | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>David S. Cohen, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1850 K Street, Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500<br>Facsimile: (202) 835-7586 |

Dated: New York, New York
August 2, 2010

GIBSON, DUNN & CRUTCHER LLP

By: /s/
    Randy M. Mastro
    Michael A. Rosenthal

200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
rmastro@gibsondunn.com
mrosenthal@gibsondunn.com

REED SMITH LLP

By: /s/
    Eric A. Schaffer
    Michael J. Venditto

599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
eschaffer@reedsmith.com
mvenditto@reedsmith.com

*Attorneys for Appellant*
*BNY Corporate Trustee Services Limited*