UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
LEHMAN BROTHERS HOLDINGS INC., *et al.*    :  Chapter 11
                                           :
            Debtors.                       :  Case No. 08-13555 (JMP)
                                           :
---------------------------------------- x
---------------------------------------- x
                                           :
LEHMAN BROTHERS SPECIAL FINANCING          :
INC.,                                      :
                                           :
            Plaintiff,                     :
                                           :  Adversary Proceeding
      v.                                   :
                                           :  No. 09-01242 (JMP)
BNY CORPORATE TRUSTEE SERVICES             :
LIMITED,                                   :
                                           :
            Defendant.                     :
                                           :
---------------------------------------- x

**MOTION OF BNY CORPORATE TRUSTEE SERVICES LIMITED
FOR LEAVE TO APPEAL THE JULY 19, 2010 ORDER
GRANTING LEHMAN BROTHERS SPECIAL FINANCING INC.'S
MOTION FOR SUMMARY JUDGMENT
AND DENYING BNY CORPORATE TRUSTEE SERVICES LIMITED'S
MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

**PLEASE TAKE NOTICE** that, upon a Memorandum of Law in Support and the Declaration of Randy M. Mastro, together with the exhibits annexed thereto, BNY Corporate Trustee Services Limited, as Trustee ("BNY"), by its undersigned counsel, hereby moves for leave to appeal, pursuant to 28 U.S.C. § 158(a)(3) and Federal Rules of Bankruptcy Procedure 8001 and 8003, the July 19, 2010 Order of the United States Bankruptcy Court for the Southern District of New York (Hon. James M. Peck) granting the summary judgment motion of Lehman Brothers Special Financing Inc. ("LBSF") and denying the summary judgment motion of BNY.

The Bankruptcy Court's July 19, 2010 Order is a final order that BNY is entitled to appeal as a matter of right. *See* 28 U.S.C. § 158(a)(1). Out of an abundance of caution, however, and to preserve its rights in case this Court does not agree that the Bankruptcy Court's Order is final, BNY files this motion for leave and the accompanying memorandum, which together satisfy the requirements of Federal Rule of Bankruptcy Procedure 8003. In view of the exceptional circumstances and issues presented in this appeal, BNY respectfully requests oral argument in connection with this motion. *See* Fed. R. Bankr. P. 8003(b) (allowing district court to hear oral argument on motion for leave to appeal).

Dated: New York, New York
August 2, 2010

GIBSON, DUNN & CRUTCHER LLP

By: /s/
   Randy M. Mastro
   Michael A. Rosenthal

200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
rmastro@gibsondunn.com
mrosenthal@gibsondunn.com

REED SMITH LLP

By: /s/
   Eric A. Schaffer
   Michael J. Venditto

599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
eschaffer@reedsmith.com
mvenditto@reedsmith.com

*Attorneys for Appellant*
*BNY Corporate Trustee Services Limited*