Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

and

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.* : <br><br> Debtors. : | Chapter 11 <br><br> Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC. : <br><br> Plaintiff, : <br><br> -against- : <br><br> BNY CORPORATE TRUSTEE SERVICES LIMITED : <br><br> Defendant. : | Adversary Proceeding <br> No.: 09-01242 (JMP) |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN LEHMAN BROTHERS SPECIAL FINANCING INC.'S
MEMORANDUM OF LAW IN OPPOSITION TO BNY CORPORATE
TRUSTEE SERVICES LIMITED'S MOTION FOR LEAVE TO APPEAL THE
JULY 19, 2010 ORDER ON SUMMARY JUDGMENT**

The Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings Inc. ("LBHI") and each of its affiliated debtors in possession, including Lehman Brothers Special Financing Inc. ("LBSF"), hereby joins in LBSF's Memorandum of Law in Opposition ("LBSF Opposition") to BNY Corporate Trustee Services Limited's ("BNY") Motion for Leave to Appeal the July 19, 2010 Order on Summary Judgment ("BNY's Motion"), and respectfully requests that the Court deny the relief sought in BNY's Motion.

Dated:  New York, New York
        August 16, 2010

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP

By: /s/ Dennis F. Dunne
Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Counsel for the Official Committee
of Unsecured Creditors of Lehman Brothers
Holdings Inc., et al.