GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
  Randy M. Mastro
  Michael A. Rosenthal

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Chapter 11 |
| Debtors. | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | |
| Plaintiff, | Adversary Proceeding |
| v. | No.: 09-01242 (JMP) |
| BNY CORPORATE TRUSTEE SERVICES LIMITED, | *Related to Docket Nos. 114, 115* |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK  )

    TRAVIS D. LENKNER, being duly sworn, hereby deposes and says:

    1.    I am not a party to this action, am over eighteen years of age, and am employed by Gibson, Dunn & Crutcher LLP, having offices at 200 Park Avenue, New York, New York 10166.

2.  On August 23, 2010, I served true and correct copies of the *Reply Memorandum of Law in Further Support of Motion of BNY Corporate Trustee Services Limited for Leave to Appeal the July 19, 2010 Order Granting Lehman Brothers Special Financing Inc.'s Motion for Summary Judgment and Denying BNY Corporate Trustee Services Limited's Motion for Summary Judgment* and the *Declaration of Randy M. Mastro in Further Support of Motion of BNY Corporate Trustee Services Limited for Leave to Appeal the July 19, 2010 Order Granting Lehman Brothers Special Financing Inc.'s Motion for Summary Judgment and Denying BNY Corporate Trustee Services Limited's Motion for Summary Judgment* via this Court's CM-ECF document filing system (in accordance with the Bankruptcy Code, Bankruptcy Rules, and Local Rules) and upon the service list below.

Travis D. Lenkner

Sworn to before me this
23rd day of August, 2010

Notary Public, State of New York

AGNES WILSON-POYOTTE
Notary Public, State of New York
No. 01WI4610094
Qualified in Kings County
Commission Expires 10/31/13

2

**Via Hand Delivery and Electronic Mail**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention:  Harvey Miller (harvey.miller@weil.com)
  Ralph I. Miller (ralph.miller@weil.com)
  Richard Slack (richard.slack@weil.com)
  Peter Gruenberger (peter.gruenberger@weil.com)

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attention:  Dennis F. Dunne (ddunne@milbank.com)
  Wilbur F. Foster, Jr. (wfoster@milbank.com)
  Evan R. Fleck (efleck@milbank.com)

**Via Overnight Delivery and Electronic Mail**

Milbank, Tweed, Hadley & McCloy LLP
1850 K Street N.W., Suite 1100
Washington, D.C. 20006
Attention:  David S. Cohen (dcohen2@milbank.com)

**Via Hand Delivery**

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attention:  Andy Velez-Rivera
  Paul Schwartzberg
  Brian Masumoto
  Linda Riffkin
  Tracy Hope Davis