WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Ralph I. Miller
Peter Gruenberger

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | |
| Plaintiff, | |
| -against- | Adversary Proceeding No.: 09-01242 (JMP) |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | |
| Defendant, | |
| and | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | |
| Intervenor. | |

**STIPULATION OF DISMISSAL OF ALL CLAIMS**

This Stipulation of Dismissal ("Stipulation") is made in the above-captioned action (the "Action") by Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc., BNY

Corporate Trustee Services Limited, solely in its capacity as trustee for the Series 2004-11 AUD 75,000,000 Synthetic Portfolio Notes due 2011 and Series 2006-05 AUD 50,000,000 Synthetic Portfolio Notes due 2011 issued by Saphir Finance Public Limited Company (collectively, the "Notes"), and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* (collectively, the "Parties").

The Parties hereby stipulate that this Action, including all claims and counterclaims filed therein, be and hereby is dismissed, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1) with prejudice solely with respect to the Notes, each party to bear its own costs, including attorney's fees.

IN WITNESS WHEREOF, each of the Parties below has caused a counterpart of this Stipulation to be executed and delivered by its duly authorized signatory as of the date written below.

Dated: December 29, 2010

| | |
|---|---|
| /s/ Lori R. Fife | /s/ Michael J. Venditto |
| WEIL, GOTSHAL & MANGES, LLP | REED SMITH LLP |
| Lori R. Fife | Eric A. Schaffer |
| Peter Gruenberger | 225 Fifth Avenue |
| Ralph I. Miller | Pittsburgh, Pennsylvania 15222 |
| 767 Fifth Avenue | Telephone: (412) 288-3131 |
| New York, New York 10153 | Facsimile: (412) 288-3063 |
| Telephone: (212) 310-8000 | |
| Facsimile: (212) 310-8007 | and |
| | |
| and | Michael J. Venditto |
| | 599 Lexington Avenue |
| 1300 Eye Street, N.W., Suite 900 | New York, New York 10022 |
| Washington, D.C. 20005 | Telephone: (212) 205-6081 |
| Telephone: (202) 682-7000 | Facsimile: (212) 521-5450 |
| Facsimile: (202) 857-0940 | |

*Attorneys for Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.*

*Attorneys for BNY Corporate Trustee Services Limited, solely in its capacity as trustee for the Series 2004-11 AUD 75,000,000 Synthetic Portfolio Notes due 2011 and Series 2006-05 AUD 50,000,000 Synthetic Portfolio Notes due 2011 issued by Saphir Finance Public Limited Company*

/s/ Evan R. Fleck
MILBANK, TWEED, HADLEY & MCCLOY LLP
Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

and

David S. Cohen
Adrian C. Azer
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

Attorneys for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.